No. 483. REITMAN ET AL. *v.* MULKEY ET AL. Sup. Ct. Cal. (Certiorari granted, 385 U. S. 967.)

Motion of American Civil Liberties Union of Northern California for leave to file a brief, as *amicus curiae,* granted. *Marshall W. Krause* on the motion.

Motion of United Automobile, Aerospace & Agricultural Implement Workers of America (UAW), AFL–CIO, Region 6, et al., for leave to file a brief, as *amici curiae,* granted. *Abe F. Levy* on the motion.

Motion of California State Central Committee of the Democratic Party for leave to file a brief, as *amicus curiae,* granted. *Gerald D. Marcus* on the motion.

No. 1360, Misc. BARCLEY *v.* KROPP, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 905, Misc. WHITNEY *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James T. Carlisle,* Assistant Attorney General, for respondent.

No. 876. KROHN *v.* RICHARDSON-MERRELL, INC. Sup. Ct. Tenn. Certiorari denied. *Lowe Watkins* and *Dan E. McGugin* for petitioner. *John K. Maddin, Jr.,* for respondent.

No. 930. AADAL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.